158 A.3d 88

COMMONWEALTH of Pennsylvania, Respondent

v.

James W. WORTHINGTON, Petitioner

No. 251 MAL 2016

Supreme Court of Pennsylvania.

September 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**